# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES SHAWE, ) | 3:10-cv-0493-LRH (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | May 16, 2011 |
| ) | |
| NORTH LYON COUNTY FIRE ) | |
| PROTECTION DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Stay Discovery in Light of the Pending Motion to Dismiss, or, in the Alternative, Motion to Extend All Discovery Deadlines for an Additional 120 Days (Doc.#31).

Stays pending motions to dismiss are disfavored by the court. Therefore, Defendants' Motion to Stay Discovery in Light of the Pending Motion to Dismiss is **DENIED**.

Defendants' Motion to Extend All Discovery Deadlines for an Additional 120 Days is **GRANTED**. The parties are cautioned that they should proceed with and complete the discovery set forth in the <u>STATUS OF DISCOVERY</u> section of their Motion set forth on pages 7, 8 and 9 as the court will be reluctant to extend the discovery deadline any further.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:       /s/
        Deputy Clerk